**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 26-6066**

---

UNITED STATES OF AMERICA,

　　　　　Plaintiff - Appellee,

　　v.

MARCUS ALEXANDER WALDO, JR.,

　　　　　Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Elizabeth City.  James C. Dever III, District Judge.  (2:20-cr-00029-D-1)

---

Submitted:  July 16, 2026　　　　　　　　　　　Decided:  July 21, 2026

---

Before WILKINSON, RICHARDSON, and QUATTLEBAUM, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Marcus Alexander Waldo, Jr., Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marcus Alexander Waldo, Jr., appeals the district court's order denying his third motion for compassionate release. On appeal, Waldo argues that the district court abused its discretion by failing to adequately explain its decision. On the facts of this case, we discern no abuse of discretion in the district court's decision. *See United States v. Jenkins*, 22 F.4th 162, 167, 170-72 (4th Cir. 2021) (stating standard of review and discussing explanation requirements for compassionate release motions). We therefore affirm the district court's order. *United States v. Waldo*, No. 2:20-cr-00029-D-1 (E.D.N.C. Dec. 19, 2025).

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*